**Abigail Ferrari, Appellant.**

No. WD 64064.

Missouri Court of Appeals, Western District.

Jan. 18, 2005.

**Floyd ELLSWORTH, Appellant,**

v.

**DIRECTOR OF CHILD SUPPORT ENFORCEMENT, STATE OF MISSOURI, Respondent.**

No. WD 63739.

Missouri Court of Appeals, Western District.

Jan. 18, 2005.

Seth D. Shumaker, Kirksville, MO, for appellant.

Trevor Bossert, Jefferson City, MO, for respondent.

Before NEWTON, P.J., LOWENSTEIN and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Appellant sought to reverse a Division of Child Support Order finding him in arrears for support. Affirmed. Rule 84.16(b).